IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TEX G. HOLBROOK, II

        Plaintiff,

v.                              CIVIL ACTION NO.  2:09-cv-01251

DAVID BALLARD,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying Order adopting the Proposed Findings and Recommendation of the Magistrate Judge, the court **ORDERS** that this case be **DISMISSED** and stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this Judgment Order to counsel of record and any unrepresented party.

        ENTER:        December 14, 2009

        Joseph R. Goodwin, Chief Judge